434

■

149 A.3d 554

**JOHNSON, Larry Jerome**

v.

**STATE of Maryland**

**Pet. Docket No. 402, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 371, Sept. Term, 2014).

Petition for writ of certiorari denied.

■

149 A.3d 554

**JOHNSON, Patricia Lynn**

v.

**STATE of Maryland**

**Pet. Docket No. 245, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 1078, Sept. Term, 2015).

Petition for writ of certiorari denied.